# Court of Appeals
# of the State of Georgia

ATLANTA,  December 22, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0671. KEITH M. WILLIAMS v. SHAWN M. WILLIAMS.

Keith M. Williams has filed this direct appeal from the trial court's final judgment and decree of divorce, which approved and incorporated the parties' settlement agreement. Williams also seeks to appeal a parenting plan and child support addendum order entered in conjunction with the divorce decree, as well as the order enforcing the settlement agreement. We lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). When "the underlying subject matter, i.e., the issues sought to be appealed, clearly arises from or is ancillary to divorce proceedings, or is derived from a marital relationship and divorce, the appeal is within the ambit of [OCGA § 5-6-35 (a) (2)]." *Russo v. Manning*, 252 Ga. 155, 155 (312 SE2d 319) (1984).

"[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Williams's failure to follow the discretionary appeals procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/22/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*